ATTORNEY(S):
Index # : 21-cv-5688(GRB)(AYS)
PURCHASED/FILED: October 18, 2021
STATE OF: New York
COURT: Supreme
COUNTY/DISTRICT: Eastern Dist.

# AFFIDAVIT OF SERVICE

DAVID LEACRAFT, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED

Plaintiff(s)/Petitioner(s)

vs

CANON, U.S.A., INC.

Defendant(s)/Respondent(s)

STATE OF NEW YORK   COUNTY OF ALBANY

YVONNE STRAIN, being duly sworn deposes and says deponent is not a party herein, is over the age of eighteen years and resides in the State of New York. That on **OCTOBER 19, 2021** at **1:42 PM** at **c/o CSC 80 STATE STREET, ALBANY, NY 12207** deponent did serve the following:
(Address where service was accomplished.)

SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT, CIVIL COVER SHEET

on: **CANON, U.S.A., INC.**

Witness (herein called recipient) therein named. , SS.:

INDIVIDUAL [ ] By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

CORP. [x] A corporation, by delivering thereat a true copy of each to **MINARD CARKNER** personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be **AUTHORIZED AGENT** thereof.

Service was made in the following manner after your deponent was unable, with due diligence, to serve the defendant in person, including an effort to reach the defendant by telephone, (if such telephone number was available) and an attempt to locate the defendant's place of employment.

SUITABLE PERSON [ ] By delivering a true copy of each to _____ a person of suitable age and discretion who agreed to accept on behalf of the party..
Said premises is recipient's:   [ ] dwelling house (usual place of abode).   [ ] actual place of business

AFFIXING TO DOOR [ ] By affixing a true copy of each to the door of said premises, which is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

MAILING COPY [ ] On _____ deponent completed service under the last two sections by depositing a copy of the above listed documents to the above address in a First Class postpaid properly addressed plain envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

The outside of the envelope did not include a return address or indicate that the communication was from an attorney.
Deponent called at the aforementioned address on the following dates and times:

on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____

DESCRIPTION [x] A description of the person served is as follows:
(use with #1, 2 or 3)
Sex **MALE**   Color of skin **WHITE**   Hair **BROWN**   Approx.Age **36 - 50 YRS.**   Approx.Height **OVER 6'**
Approx. weight **OVER 200 LBS.**   Other **BEARD AND MUSTACHE**

WIT. FEES [ ] $ _____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.

NON MIL [x] To the best of my knowledge and belief, said person was not presently in military service of the United States Government or on active duty in the military service in the State of New York at the time of service.

Sworn to before me on this
20th day of October 2021

NOTARY PUBLIC

ROBERT GUYETTE
Notary Public State of New York
01GU6382699 RENSSELAER COUNTY
Commission Expires OCTOBER 29, 2022

YVONNE STRAIN

Invoice·Work Order # 2133910
Attorney File #   RE: Leacraft v. Canon