UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

DAVID LEACRAFT, on Behalf of
Himself and All Others Similarly Situated,

      Plaintiff,

    v.

CANON U.S.A., INC.,

      Defendant.

Case No. 21-cv-5688 (GRB) (AYS)

**RULE 7.1 CORPORATE DISCLOSURE
STATEMENT OF DEFENDANT
CANON U.S.A., INC.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Canon U.S.A., Inc., by its undersigned attorneys, states as follows:

Canon U.S.A., Inc. is wholly owned by Canon Inc. (whose stock is publicly traded in Japan and whose American Depository Receipts for such stock are publicly traded in the United States), and no publicly held corporation other than Canon Inc. owns 10% or more of Canon U.S.A., Inc.'s stock.

Dated:  New York, New York
      November 2, 2021

**DORSEY & WHITNEY LLP**

By:  */s/ Richard H. Silberberg*

Richard H. Silberberg
Robert G. Manson
Anthony P. Badaracco
DORSEY & WHITNEY LLP
51 West 52nd Street
New York, NY 10019
(212) 415-9200
silberberg.richard@dorsey.com
manson.bob@dorsey.com
badaracco.anthony@dorsey.com

*Attorneys for Defendant Canon U.S.A., Inc.*