UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID LEACRAFT, on Behalf of Himself and All Others Similarly Situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CANON U.S.A., INC.,<br><br>　　　　Defendant. | Case No. 21-cv-5688 (GRB) (AYS)<br><br>**STIPULATION AND<br>[PROPOSED] ORDER** |

　　　　WHEREAS, on October 12, 2021, Plaintiff David Leacraft ("Leacraft") filed his putative Class Action Complaint against Defendant Canon U.S.A., Inc. ("Canon USA") in the above-captioned action; and

　　　　WHEREAS, on October 19, 2021, Canon USA was served with a copy of the putative Class Action Complaint; and

　　　　WHEREAS, counsel for Leacraft and Canon USA have agreed to extend the time for Canon USA to answer or otherwise respond to the putative Class Action Complaint;

　　　　IT IS HEREBY STIPULATED AND AGREED that Canon USA shall answer or otherwise respond to the putative Class Action Complaint on or before December 9, 2021.

4891-1016-3713\

| | |
|---|---|
| Dated: New York, New York<br>November 2, 2021 | By: */s/ Courtney E. Maccarone*<br>Mark S. Reich<br>Courtney E. Maccarone<br>LEVI & KORSINSKY, LLP<br>55 Broadway, 10th Floor<br>New York, NY 10006<br>(212) 363-7500<br>mreich@zlk.com<br>cmaccarone@zlk.com<br><br>*Attorneys for Plaintiff David Leacraft* |
| Dated: New York, New York<br>November 2, 2021 | By: */s/ Richard H. Silberberg*<br>Richard H. Silberberg<br>Robert G. Manson<br>Anthony P. Badaracco<br>DORSEY & WHITNEY LLP<br>51 West 52nd Street<br>New York, NY 10019<br>(212) 415-9200<br>silberberg.richard@dorsey.com<br>manson.bob@dorsey.com<br>badaracco.anthony@dorsey.com<br><br>*Attorneys for Defendant Canon U.S.A., Inc.* |

**IT IS SO ORDERED** this \_\_\_\_ day of November, 2021.

_____