UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID LEACRAFT, on Behalf of Himself and All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CANON U.S.A., INC.,<br><br>　　　　　Defendant. | Case No. 21-cv-5688 (GRB) (AYS)<br><br>**NOTICE OF APPEARANCE** |

　　　　PLEASE TAKE NOTICE that the undersigned counsel, duly admitted to practice in this Court, hereby appears in this action for Defendant Canon U.S.A., Inc. and requests that copies of all papers in the case be served upon him.

Dated: New York, New York
　　　　November 3, 2021

　　　　　　　　　　　　　　　　　　　　*/s/ Anthony P. Badaracco*
　　　　　　　　　　　　　　　　　　　　Anthony P. Badaracco

　　　　　　　　　　　　　　　　　　　　DORSEY & WHITNEY LLP
　　　　　　　　　　　　　　　　　　　　51 West 52nd Street
　　　　　　　　　　　　　　　　　　　　New York, New York 10019
　　　　　　　　　　　　　　　　　　　　Phone: (212) 415-9200
　　　　　　　　　　　　　　　　　　　　Fax: (212) 658-9569
　　　　　　　　　　　　　　　　　　　　badaracco.anthony@dorsey.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*
　　　　　　　　　　　　　　　　　　　　*Canon U.S.A., Inc.*

4889-4705-5361\