UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID LEACRAFT, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CANON U.S.A., INC.,<br><br>Defendant. | Case No. 21-cv-5688 (GRB) (AYS)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned counsel, duly admitted to practice in this Court, hereby appears in this action for Defendant Canon U.S.A., Inc. and requests that copies of all papers in the case be served upon him.

Dated: New York, New York
November 3, 2021

*/s/ Robert G. Manson*
Robert G. Manson

DORSEY & WHITNEY LLP
51 West 52nd Street
New York, New York 10019
Phone: (212) 415-9200
Fax: (646) 607-4979
manson.bob@dorsey.com

*Attorneys for Defendant*
*Canon U.S.A., Inc.*

4885-9696-2049\