July 15, 2022

Honorable Gary R. Brown, United States District Judge
United States District Court, Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re:    *Leacraft et al. v. Canon U.S.A., Inc.*, Case No. 2:21-cv-05688-GRB-AYS

Dear Judge Brown:

    We write jointly on behalf of the Plaintiffs, David Leacraft, Katy Bavaro, Lydia Saiz, Elizabeth Rivera, Hanjusy Franco, and T H Hall, and on behalf of Defendant Canon U.S.A., Inc. On May 17, 2022, the Court granted the parties' joint request to hold this action in abeyance for 60 days "until the parties have had an opportunity to work through the statutory pre-suit notice and demand issues" and to "meet and confer regarding inspection and demonstration of the scanning functions of the printers at issue."

    The parties have met and conferred repeatedly on these issues, and the scope of such discussions has recently expanded to include the possibility of amicably resolving the entire case on the basis of terms that are being actively discussed. To facilitate these ongoing discussions, the parties jointly respectfully request a 60-day extension of the abeyance period in this action.

    We thank the Court for its consideration.

                                                    Respectfully submitted,

| | |
|---|---|
| Mark S. Reich | Richard H. Silberberg |
| LEVI & KORSINSKY LLP | DORSEY & WHITNEY LLP |
| 55 Broadway, 10th Floor | 51 West 52nd St, 9th Floor |
| New York, NY 10006 | New York, NY 10019 |
| (212) 363-7500 | (212) 415-9200 |
| mreich@zlk.com | silberberg.richard@dorsey.com |
| | |
| *Counsel for Plaintiffs* | *Counsel for Defendant* |