**By ECF**

November 15, 2022

Honorable Gary R. Brown, United States District Judge
United States District Court, Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re:    *Leacraft, et al. v. Canon U.S.A., Inc.*, **Case No. 2:21-cv-05688-GRB-AYS**

Dear Judge Brown:

      We write jointly on behalf of the Plaintiffs, David Leacraft, Katy Bavaro, Lydia Saiz, Elizabeth Rivera, Hanjusy Franco, and T H Hall, and on behalf of Defendant Canon U.S.A., Inc., in response to the Court's October 19, 2022 order directing the parties to submit a written status report by November 18, 2022.

      The parties are pleased to advise that they have successfully worked through the statutory pre-suit notice and demand issues arising from Plaintiffs' filing of an Amended Complaint, and have agreed to a stipulation obviating the need for Defendant to conduct pre-answer inspections and demonstrations of the products at issue in this case. We are also pleased to report that those discussions led to settlement negotiations and that the parties have reached an agreement in principle to resolve the case in its entirety. The parties are now working on a written settlement agreement.

                                                      Respectfully submitted,

| | |
|---|---|
| Mark S. Reich | Richard H. Silberberg |
| LEVI & KORSINSKY LLP | DORSEY & WHITNEY LLP |
| 55 Broadway, 10th Floor | 51 West 52nd St, 9th Floor |
| New York, NY 10006 | New York, NY 10019 |
| (212) 363-7500 | (212) 415-9200 |
| mreich@zlk.com | silberberg.richard@dorsey.com |
| *Counsel for Plaintiffs* | *Counsel for Defendant* |