UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID LEACRAFT, KATY BAVARO, LYDIA SAIZ, ELIZABETH RIVERA, HANJUSY FRANCO, and T H HALL, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>CANON U.S.A., INC.,<br><br>Defendant. | Case No. 21-cv-5688 (GRB) (AYS) |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs David Leacraft, Katy Bavaro, Lydia Saiz, Elizabeth Rivera, Hanjusy Franco, and T H Hall, and Defendant Canon U.S.A., Inc., file this Joint Stipulation of Dismissal with Prejudice. Plaintiffs and Defendant have resolved all disputes between them and hereby stipulate that all claims asserted in this action be dismissed with prejudice and that each party shall bear its respective attorneys' fees and associated legal expenses.

Dated: March 7, 2023

                Respectfully Submitted,

                */s/ Mark S. Reich*

                Mark S. Reich
                LEVI & KORSINSKY LLP
                55 Broadway, 10th Floor
                New York, NY 10006
                (212) 363-7500
                mreich@zlk.com

                *Attorneys for Plaintiffs*

                Richard H. Silberberg
                Anthony P. Badaracco
                DORSEY & WHITNEY LLP
                51 West 52nd Street
                New York, NY 10019
                (212) 415-9200
                silberberg.richard@dorsey.com
                badaracco.anthony@dorsey.com

                *Attorneys for Defendant*